```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


THOMAS DELAUNE AND LUIS                    CIVIL ACTION
VALENCIA


VERSUS                                     NO: 06-8704


ANPAC LOUISIANA INSURANCE                  SECTION: "J"(4)
COMPANY
```

**ORDER AND REASONS**

Before the Court is **Plaintiff's Motion to Remand (Rec. Doc. 6)**. Upon review of the record and the applicable law, this Court now finds that, for the same reasons set forth by the undersigned in <u>Southall v. St. Paul Travelers Ins. Co.</u>, 2006 WL 2385365 (E.D. La. Aug. 16, 2006) in its discussion of the Multiparty, Multiforum Trial Jurisdiction Act of 2002 ("MMTJA"), Plaintiff's motion to remand should be granted and this case should be remanded to the 34TH Judicial District Court for the Parish of St. Bernard. However, this Court declines to award attorneys fees. Accordingly,

**IT IS ORDERED** that **Plaintiff's Motion to Remand (Rec. Doc. 6)** should be and hereby is **GRANTED IN PART** and **DENIED IN PART**. This matter is hereby <u>remanded</u> to the state court from which it was removed.

1

New Orleans, Louisiana this 5th day of January, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE